IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH N. TURTURRO, *ADMINISTRATOR OF THE ESTATE OF ADAM B. BRADDOCK, DECEASED* | : : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 10-2460 |
| UNITED STATES OF AMERICA, *FEDERAL AVIATION ADMINISTRATION*, ET AL. | : : | |

| | | |
|---|---|---|
| CHARLES ANGELINA, *INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES ANTHONY ANGELINA, DECEASED*, ET AL. | : : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 10-3063 |
| UNITED STATES OF AMERICA, *FEDERAL AVIATION ADMINISTRATION*, ET AL. | : : | |

**O R D E R**

**AND NOW**, this   16th   day of   May  , 2012, upon consideration of Defendant United States of America's Motions to Dismiss for Lack of Jurisdiction (ECF Nos. 34, 36, No. 10-2460), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

    **IT IS SO ORDERED.**

                                                                         **BY THE COURT:**

                                                                         **R. BARCLAY SURRICK, J.**