IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH N. TURTURRO, *ADMINISTRATOR OF THE ESTATE OF ADAM B. BRADDOCK, DECEASED*, ET AL.

v.

UNITED STATES OF AMERICA, *FEDERAL AVIATION ADMINISTRATION*, ET AL.

CIVIL ACTION

NO. 10-2460

# **O R D E R**

**AND NOW**, this 22nd day of August, 2014, upon consideration of Defendant United States of America and Defendant Agusta Aerospace Corporation's Motions for Summary Judgment (ECF Nos. 92, 98), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**